J. J. BICK, Appellant, v. CLARA UMSTADTT et al.,
Respondents.

St. Louis Court of Appeals, February 21, 1910.

JUDGMENTS: Bick v. Dixon Followed. The facts being the same
as in Bick v. Dixon, *ante*, that case is followed.

Appeal from Monroe Circuit Court.—*Hon. David H.
Eby*, Judge.

AFFIRMED.

*Peter T. Barrett* and *Abe Lowenhaupt*, of counsel;
*J. J. Bick*, appellant, *pro se*.

*J. H. Whitecotton* for respondent.

REYNOLDS, P. J.—The facts in this case, so far as
relate to the issue of *scire facias* on a judgment in a case
between the parties in this case and an appeal pending
on it, and the motion to quash heard on stipulation, all
being, save as to parties, as in the case of Bick v. Dixon,
on the authority of the decision in that case, the judg-
ment in this case is affirmed. All concur.